ACCEPTED
03-15-00240-CR
8029052
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/1/2015 11:16:12 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00240-CR

| TRACY LARANCE GORDON | * | IN THE THIRD JUDICIAL DISTRICT |
| | * | |
| VS. | * | COURT OF APPEALS |
| | * | |
| THE STATE OF TEXAS | * | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/1/2015 11:16:12 AM
JEFFREY D. KYLE
Clerk

### APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Appellant in the above entitled and numbered cause and files this Motion for Extension of Time to File this brief herein and, in support hereof, would respectfully show the Court as follows:

I.

Appellant was convicted of the offense of Burglary of a Habitation (Habitual Offender) in the 426th Judicial District Court of Bell County, Texas, in Cause No. 71,792 on March 19, 2015, his punishment was assessed on March 19, 2015, at Life in the Texas Department of Criminal Justice, Institutional Division.

II.

A Motion for New Trial was not filed. Appellant filed his written Notice of Appeal on March 4, 2015, and the undersigned attorney was appointed to represent him on Appeal on March 31, 2015. The Statement of Facts was filed in this Court on July 21, 2015, and Appellant's brief is due on November 30, 2015.

### III.

This is Appellant's Third Motion for Extension of Time to file his brief herein.

### IV.

The undersigned court-appointed attorney for Appellant will be unable to complete his brief herein for filing by the due date because of his extensive trial and appellate schedule. Counsel has a time consuming criminal practice in both felonies and misdemeanors

Counsel has completed and filed two (2) in the past few weeks with this Court. Counsel has this and two (2) other appeals pending at this time and due for filing today. Counsel has been working on these Appellate diligently since the last time an extension was requested.

While working on the Appellate matters, Counsel's only computer ceased working and had to be placed in a repair shop for an extended period of time. Counsel was unable to do any work on the appellate matters during this extended time.

Counsel is scheduled for eye surgery on December 9, 2015, and that may interfere with my ability to work on this matter for a short period of time.

In addition, counsel has many court appearances, consultations with clients, and other matters he deals with on a daily basis.

### V.

Appellant herein requests an extension of thirty (30) days to file his brief herein which is a reasonable and necessary delay.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that this Motion be granted and that the Court order that his brief be filed herein on December 30, 2015.

Respectfully Submitted,

/S/  Troy C. Hurley_____
TROY C. HURLEY
Attorney for Appellant
P.O. Box 767
312 East Central Avenue
Belton, TX 76513
(254) 939-9341
FAX (254) 939-2870
SBA No. 10312000

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing motion was hand-delivered to the District Attorney's Office of Bell County, Texas, in Belton, Texas, on this 30th day of November, 2015.

/S/  Troy C. Hurley_____
Troy C. Hurley
Attorney at Law

## CERTIFICATE OF SERVICE UPON APPELLANT

I, the undersigned court-appointed counsel for Appellant on Appeal; hereby certify that a true and correct copy of the above and foregoing Motion for Extension of time to File Appellant's Brief has been served upon the Appellant by depositing same, properly addressed to him:

TRACY LARANCE GORDON
TDCJ No.  01990081
Polunsky Unit
3872 FM 350 South
Livingston, Texas  77351

in the United States Mail on this the 30th day of November, 2015.

/S/  Troy C. Hurley_____
Troy C. Hurley
Attorney at Law